UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-20761-CIV-GRAHAM/O'SULLIVAN

SIMON LIANSKI,

    Plaintiff,

v.

LAS MERCEDES RESTAURANT, INC.,

    Defendant.

_____/

## ORDER

**THIS CAUSE** came before the Court on United States Magistrate Judge John J. O'Sullivan's Order Approving Settlement Agreement and Recommending that the Case be Dismissed with Prejudice. [ECF No. 26].

**THE COURT** has conducted a de novo review of the file and is otherwise fully advised in the premises. Accordingly, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge John J. O'Sullivan's Recommendation is hereby **RATIFIED, AFFIRMED and APPROVED** in its entirety [ECF No. 26]. It is further

**ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice**. It is further

**ORDERED AND ADJUDGED** that pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, any post-settlement motion, including any motion to enforce settlement, in this matter is hereby referred to United States Magistrate Judge John J. O'Sullivan. It is further

**ORDERED AND ADJUDGED** that this case is **CLOSED** and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2nd day of August 2021.

        s/ Donald L. Graham
        DONALD L. GRAHAM
        UNITED STATES DISTRICT JUDGE

cc:    All counsel of record
       Magistrate Judge O'Sullivan