UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.21-20761-CV-O'SULLIVAN
[CONSENT CASE]

SIMON LIANSKI,

    Plaintiff,

v.

LAS MERCEDES RESTAURANT, INC.

    Defendant.

_____/

## FINAL JUDGMENT

THIS CAUSE came before the Court on the Plaintiff's Motion to Re-Open Case and Enforce Settlement (DE# 29, 8/12/21). Having held a hearing and having issued an Order granting the Plaintiff's Motion to Re-Open Case and Enforce Settlement (DE# 29, 8/12/21), it is:

**ORDERED AND ADJUDGED** as follows:

1. For the reasons expressed in this Court's separate order entered today on the Plaintiff's Motion to Re-Open Case and Enforce Settlement (DE# 29, 8/12/21), judgment in the amount of $30,663.60 is hereby entered in favor of the plaintiff, Simon Lianski, and against the defendants, Las Mercedes Restaurant, Inc. and Fabian Gallego.

3. The Clerk of the Court is directed to deny all pending motions as moot.

4. The Clerk of the Court shall close this case.

**DONE AND ORDERED**, in Chambers, at Miami, Florida this 8th day of September, 2021.

_____
JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE