UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.21-20761-CV-COOKE/O'SULLIVAN

SIMON LIANSKI,

    Plaintiff,

v.

LAS MERCEDES RESTAURANT, INC.

    Defendant.

                                                 /

**ORDER**

THIS MATTER came before the Court on the Plaintiff's Motion to Commence Proceedings Supplementary to Execution [and] Incorporated Memorandum of Law ("Motion") (DE# 41, 11/15/21). Having reviewed the Motion, exhibits and the applicable law, it is

**ORDERED AND ADJUDGED** that the Plaintiff's Motion to Commence Proceedings Supplementary to Execution [and] Incorporated Memorandum of Law (DE# 41, 11/15/21) is DENIED without prejudice due to the lack of filing an affidavit as required by Fla. Stat. § 56.29. See MCI Telecommunications Corp. v. O'Brien Marketing, Inc., 913 F. Supp. 1536, 1539 (S.D. Fla. 1995) ("The two prerequisites to institution of proceedings supplementary are: (1) the sheriff holds an unsatisfied execution; and (2) the judgment creditor files an affidavit so stating and that the execution is valid and outstanding."); Biloxi Casino Corp. v. Wolf, 900 So. 2d 734 (Fla. 4th DCA 2005) ("Upon a showing of the statutory prerequisites, the court has no discretion to deny the motion."); see also Fed. R. Civ. P. 69(a)(1) ("... The procedure on execution–and in proceedings supplementary to and in aid of judgment or execution–must accord with the procedure of the state where the court is located....").

**DONE AND ORDERED**, in Chambers, at Miami, Florida this 16th day of November, 2021.

_____
JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE